**Order entered March 25, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01172-CV

## VETRI VENTURES, LLC, Appellant

## V.

## WESTRIDGE EAGLES NEST OWNERS ASSOCIATION, Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02865-2019**

## ORDER

We **REINSTATE** this appeal.

In compliance with this Court's March 1, 2022 order, a supplemental clerk's record containing the trial court's written findings of fact and conclusions of law has been filed. Appellant shall file its brief on the merits **within thirty days** of the date of this order.

/s/     BONNIE LEE GOLDSTEIN
         JUSTICE